

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-11-00102-CV

IN RE SUBFLOOR SYSTEMS, LLP,        RELATORS
SUBFLOOR SYSTEMS, LTD.,
SUBFLOOR SYSTEMS, INC., AND
THOMAS H. HATTON

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied, and we lift our stay of March 21, 2011.

PER CURIAM

PANEL: MEIER, DAUPHINOT, and GARDNER, JJ.

DELIVERED: May 4, 2011

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).